C. A. VOORHEES v. GEORGE S. NASH and LOUISE MCDOWELL NASH.

1 So. (2nd) 863

Division B

Opinion Filed April 26, 1941

*Sam E. Murrell* and *J. Lewis Hall,* for Appellant;

*Dickinson & Dickinson,* for Appellee.

PER CURIAM.—The decree in this case is affirmed on authority of Dodson v. Florida Nursery & Landscape Co., 138 Fla. 887, 190 So. 695.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, J. J., concur.